IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

RE:   Toni A Bailey                                   )   CASE NO. 17-21143
                                                      )   Judge LaShonda A. Hunt

# AGREED DEFAULT ORDER

THIS CAUSE COMING TO BE HEARD on the Motion of U.S. Bank National Association, the mortgagee on the property located at 1396 West 11th Ct., Friendship, WI 53934, the Court having jurisdiction and being duly advised in the premises, and due notice having been given to the parties entitled thereto;

IT IS HEREBY ORDERED:

1. Commencing with the February 2019 post-petition mortgage payment and continuing thereafter, if the Debtor fails to make said payment on the date on which it is due, thereby accruing a two post-petition mortgage payment default, then the Stay shall automatically Modify to U.S. Bank National Association without further Court Order, if upon notice to the Debtor and the Debtor's attorney, the complained of default is not fully cured and proof of cure received by U.S. Bank National Association, Attn: Payment Processing, 4801 Frederica Street, Owensboro, Kentucky 42301, within 14 days from the date notice is sent.

2. In the event the Stay is Modified to U.S. Bank National Association, or its successors and assigns, as outlined in this Order, counsel for the mortgage company shall give notice to the Debtor, the Debtor's attorney and the Trustee and file said notice with the Court.

Dated: _____        Entered: _____
                                            Bankruptcy Judge LaShonda A. Hunt


MCCALLA RAYMER LEIBERT PIERCE, LLC
Attorneys at Law
1 N. Dearborn Suite 1200
Chicago, IL 60602